Mary J. Shea (formerly, Mary Shea Hagebols) (SBN 113222)
SHEA LAW OFFICES
1814 Franklin Street, Ste. 800
Oakland, CA 94612
Tel.: (510) 208-4422
Fax: (510) 842-1496
mary@shealaw.com
maureen@shealaw.com

Markus B. Willoughby (SBN 197478)
WILLOUGHBY LAW FIRM
1814 Franklin Street, Suite 800
Oakland, CA 94612
Tel: (510) 451-2777
Fax: (510) 842-1496
Email: markus@willoughbyfirm.com

Attorneys for Plaintiff Jane Doe

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, a pseudonym,<br><br>            Plaintiff,<br><br>      v.<br><br>MARIN COUNTY SHERIFF'S OFFICE, et al.,<br><br>            Defendant | Case No.: CV 14-4410 CRB<br><br>**STIPULATION AND ORDER<br>RE DISMISSAL WITH PREJUDICE** |

Plaintiff, JANE DOE, a pseudonym ("Plaintiff") and Defendants MARIN COUNTY SHERIFF'S OFFICE and COUNTY OF MARIN ("Defendants") hereby stipulate as follows:

WHEREAS, Plaintiff and Defendant have settled this action;

NOW THEREFORE, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff and Defendants stipulate to hereby dismiss this action, in its entirety, with prejudice

**IT IS SO STIPULATED:**

Dated: August 13, 2015      SHEA LAW OFFICES

By:   /s/ Mary J. Shea
Mary J. Shea (formerly Mary Shea Hagebols)

Dated: August 13, 2015      WILLOUGHBY LAW FIRM

By:   /s/ Markus B. Willoughby

Attorneys for Plaintiff

Dated: August 13, 2015      STEVEN M. WOODSIDE, COUNTY COUNSEL

By:   /s/ Renee Giacomini Brewer

Attorneys for Defendants

STIPULATION AND PROPOSED ORDER RE DISMISSAL WITH PREJUDICE

2

CV 14-4410 CRB

# ORDER

The foregoing stipulation shall be the Order of this Court.  This matter is hereby dismissed in its entirety with prejudice.

**IT IS SO ORDERED**



Dated:  August 13, 2015  _____
Hon. Charles R. Breyer
Senior United States District Court Judge